# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

DENNIS J. McDOWELL,

    Petitioner,

                                  Case No. 3:05-cv-260

                                  District Judge Walter Herbert Rice
-vs-                                Chief Magistrate Judge Michael R. Merz

MIAMI COUNTY JAIL,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on August 18, 2005, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Petition for writ of habeas corpus herein be dismissed without prejudice and Petitioner be denied leave to appeal *in forma pauperis* and any requested certificate of appealability

August 29, 2005.

                                                            Walter Herbert Rice
                                                             United States District Judge